AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

HUMBERTO LUGO-MARTINEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _07CR3195-LAB_

I, HUMBERTO LUGO-MARTINEZ, the above-named defendant, who is accused of committing the following offense:

Possession of Marijuana with Intent to Distribute and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___11/27/07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant    Humberto Lugo-Martinez

_____
Defense Counsel

Before _____
Judicial Officer

FILED

NOV 7 2007

CLERK
SOUTHERN
BY