ERIC BEAUDIKOFER           SBN:56524
LAW OFFICE OF ERIC BEAUDIKOFER
414 VINE STREET
EL CENTRO, CA 92243
TELEPHONE NO.: 760.353.9250
FACSIMILE NO.: 760.353.0693

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 07 CR 03195-LAB |
|              )                              | |
|         Plaintiffs,          ) | Acknowledgment |
|              )                              | |
| Vs.          ) | |
|              )                              | |
| LUGO-MARTINEZ, HUMBERTO,    ) | |
|              )                              | |
|         Defendants.          ) | |

I, Humberto Lugo-Martinez, defendant herein, in the case of USA vs. Humberto Lugo-Martinez Case No. 07CR03195-LAB, hereby acknowledge that my sentencing hearing date of March 10, 2008 has been continue to March 17, 2008 at 9:30 a.m. at the San Diego District Court, the honorable Judge Larry A. Burns presiding, and my obligation to appear at such place and time.

Date: 2/27/08

Humberto Lugo-Martinez