1  LAW OFFICE OF ERIC BEAUDIKOFER
   ERIC BEAUDIKOFER, SBN: 56524
2  414 VINE STREET
   EL CENTRO, CA 92243
3  TELEPHONE: (760)353-9250
   FAX: (760)353-0963
4

5

6  In the matter of:

7  People of the State of California,
            Plaintiff,

8  vs.

9  LUGO-MARTINEZ, Humberto,
            Defendant.

Case No.: 07 CR 03195-LAB

PROOF OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, **Ana G. Uribe**, hereby declare that I am a citizen of the United States over the age of eighteen years and a resident of Imperial County, California; my business address is 414 Vine Street, El Centro, CA 92243; I am not a party to the above-entitled action; and

On **February 29, 2008** I mailed at El Centro, California, in the above-entitled action, in a prepaid stamped envelope addressed as indicated below, a copy of the following:

**1) Acknowledgment**
addressed to:

> Assistant U.S. Attorney
> Sabrina Feve
> 880 Front Street, Rm. 6293
> San Diego, CA 92101-8893

the address at which counsel for the government is located herein.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

**Executed on this 28 of February of 2008.**

_____