**LAW OFFICE OF ERIC BEAUDIKOFER**
**ERIC BEAUDIKOFER, SBN: 56524**
**414 VINE STREET**
**EL CENTRO, CA 92243**
**TELEPHONE: (760)353-9250**
**FAX: (760)353-0963**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                                Plaintiff,      )<br>                                                              )<br>          v.                                                )<br>                                                              )<br> Humberto Lugo-Martinez                     )<br>                                                              )<br>                                Defendant, )<br>_____) | Criminal Case No.07-CR3195-LAB<br><br>Date: March 24, 2008<br>Time: 9:30am<br>Dept.: Honorable Larry A. Burns<br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, **Ana G. Uribe**, am a citizen of United States over the age of 18 and a resident of Imperial County, California; my business address is 414 Vine Street El Centro, California 92243; I am not a party to the above-entitle action, I served the **Sentencing Memorandum: Continuance Request and Sentencing Summary Chart**, on the following party, by electronically filling it with the Court's Electronic Case Filling system:

| | |
|---|---|
| **Sabrina L. Feve**<br>**Assistant U.S. Attorney**<br>**880 Front Street, Rm. 6293**<br>**San Diego, CA 92101-8893** | **Wendy S. Gerboth**<br>**Attorney at Law**<br>**964 5th Avenue**<br>**San Diego, CA 92101** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        March 19, 2008

                                                                                       s/Ana G. Uribe
                                                                                       **Ana G. Uribe**