ENDORSED
APR 23 2008
SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY TANIA BETANCOURT
DEPUTY

1  LAW OFFICE OF ERIC BEAUDIKOFER
   ERIC BEAUDIKOFER, SBN: 56524
2  414 VINE STREET
   EL CENTRO, CA 92243
3  TEL: 760.353.9250
   FAX: 760.353.0693
4

5  ATTORNEY FOR DEFENDANT

6

7           SUPERIOR COURT OF THE STATE OF CALIFORNIA

8              IN AND FOR THE COUNTY OF IMPERIAL

9

| People of the State of California, | CASE NO.: CM-06957-B |
|---|---|
| Plaintiff, | ORDER AFTER HEARING RE: MOTION TO WITHDRAW GUILTY PLEA; VACATE JUDGMENT |
| vs. | |
| Humberto Lugo-Martinez, | Date: April 23, 2008 |
| Defendant. | Time: 9:30 am |
| | Dept.: Brawley |

The matter having ~~been~~ come to hearing and the parties each having presented their position herein, and the matter having been submitted, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. That the motion to withdraw guilty plea and vacate judgment is granted.

2. The case is re-calendared for arraignment/pretrial and setting for this date.

3. People's motion to amend the complaint to add count 3, an

alleged violation of CVC 12500, driving without a license in possession, as an infraction, is granted.

4. Defendant's plea of guilty to count 3, a violation of CVC 12500, driving without a valid license in his possession, as an infraction, is accepted.

5. People's motion to dismiss the remaining counts and charges is granted.

6. Defendant is adjudged guilty of count 3, a violation of CVC 12500, an infraction, for which he is hereby fined $625.00.

7. The court being fully advised of the matters, credits defendant for $625.00 previously paid as discharge in full of the fine imposed herein.

Dated: 4/23/08

Judge of Superior Court



Page 2 of 2

APR 2 3 2008

THE FOREGOING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF THE COURT
STATE OF CALIFORNIA
IMPERIAL COUNTY
JOSE O. GUILLEN
Dania Betancourt DEPUTY