**LAW OFFICE OF ERIC BEAUDIKOFER**
**ERIC BEAUDIKOFER, SBN: 56524**
**414 VINE STREET**
**EL CENTRO, CA 92243**
**TELEPHONE: (760)353-9250**
**FAX: (760)353-0963**

| | |
|---|---|
| In the matter of: ) | Case No.: 07 CR 3195 002 LAB |
| United States of America, ) | |
| Plaintiff, ) | PROOF OF SERVICE |
| vs. ) | |
| Humberto Lugo-Martinez, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, **Ana G. Uribe**, hereby declare that I am a citizen of the United States over the age of eighteen years and a resident of Imperial County, California; my business address is 414 Vine Street, El Centro, CA 92243; I am not a party to the above-entitled action; and

On **April 30, 2008** I mailed at El Centro, California, in the above-entitled action, in a prepaid stamped envelope addressed as indicated below, a copy of the following:

**1) Supplemental Sentencing Memorandum for Defendant**
addressed to:

> **Assistant U.S. Attorney**
> **Sabrina Feve**
> **880 Front Street, Rm. 6293**
> **San Diego, CA 92101-8893**

the address at which counsel for the government is located herein.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

**Executed on this 30 of April of 2008.**

                                                    /s/ Ana G. Uribe