# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  07cr3195-LAB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Humberto Lugo-Martinez | ) | Booking No.  01693298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  5/16/08
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

✓ Defendant remanded and ( ✓ bond) ( \_\_\_\_\_ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for \_\_\_\_ years.

_____ c.c. judgment Court of Appeals ( \_\_\_\_ affirming) ( \_\_\_\_ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Larry A. Burns
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
OR

Received _____
DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk
T. Unsham

Crim-9   (Rev 6-95)                             ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY