**LAW OFFICE OF ERIC BEAUDIKOFER**
**ERIC BEAUDIKOFER, SBN: 56524**
**414 VINE STREET**
**EL CENTRO, CA 92243**
**TELEPHONE: (760)353-9250**
**FAX: (760)353-0963**

**ATTORNEY FOR DEFENDANT**
**HUMBERTO LUGO-MARTINEZ**

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,        )<br>                                                        )<br>        Plaintiff,                              )<br>                                                        )<br>vs                                                   )<br>                                                        )<br>HUMBERTO LUGO MARTINEZ,  )<br>                                                        )<br>        Defendant.                         )<br>_____) | Case No. 07-CR-3195-002-LAB<br><br>RELEVANT DOCUMENTATION<br><br><br><br><br>Date: June 16, 2008<br>Time: 9:30<br>Dept.: Hon. Larry A. Burns |

    **Attached hereto are Exhibits A and B, copies of the certified minute order and order after hearing in Imperial County Superior Court Case No. JCF 18996, People of the State of California v. Humberto Lugo-Martinez, establishing that he is no longer disqualified from receiving Safety Valve considerations for having received a jail sentence of greater than 60 days.**

**June 11, 2008**                                                    /s//_____
                                                                              Eric Beaudikofer,
                                                                              Attorney for Defendant