| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF IMPERIAL** | |
| **People**<br>    Plaintiff,<br><br>VS.<br><br>**Humberto Lugo Martinez**<br>    Defendant.<br><br>DOB:    08-24-72 | Jud. Officer:  Matias R. Contreras<br>Clerk:         Stefan G. Witthoft<br>Bailiff:        G. Olivas<br>CSR:          Leyla Jones<br>Interpreter:  None<br>Language:<br><br>Plaintiff Counsel/DA: Steve Van Decker<br><br>Defendant Counsel/PD: Charles Rider |
| Minutes:  **Hearing: Other**<br>              **Self Surrender**<br><br>Date:       **June 9, 2008** | Case No.    JCF18996<br>                   Jail Court |
| Charges:   Count 1: PC459 Count 2: PC245(A)(1) Count 3: PC594(A) Count 4: PC602(M) Count 1: PC459 | |

Defendant is currently in federal custody. Defense counsel is present.

Defense counsel states that he does not have his file and requests matter trail one day.

People object and argue that counsel does not have PC977 authority and cannot file any motions on behalf of the defendant. Counsel also requests a bench warrant issue and the motion to withdraw plea be placed off-calendar.

Matter is argued.

Court will issue and hold a bench warrant in the amount of $50,000 and hold it one day.

**IT IS THE ORDER OF THE COURT** Motion To Withdraw Plea is continued to 6/10/08 at 9:00 a.m.

Matter is recalled. Eric Beaudikofer is present as a friend of the Court, having represented the defendant in his federal case

Both parties state that there is an agreement wherein the motion to withdraw plea will be withdrawn. The agreed upon sentence will be modified nunc pro tunc to reflect probation will be extended to 5 years instead of 3 and that that as a condition of probation, the defendant will serve 45 days in county jail, in lieu of 180 days previously ordered, to run concurrent with his federal sentence.

Court will accept the new agreement. Motion to Withdraw Plea is placed off calendar.

Both parties stipulate that Mr. Beaudikofer may appear on behalf of the defendant.