# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF IMPERIAL

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff | CASE NO: JCF-18996 |
| Vs. | ORDER MODIFYING SENTENCE NUNC PRO TUNC |
| Humberto LUGO-MARTINEZ, Defendant | Date: June 9, 2008<br>Time: 9:00 am<br>Dept.: Jail Division |

Defendant's motion to vacate guilty plea came on regularly to be heard on the above date, time, and place, the Hon. Matias R. Contreras, presiding. The People appeared through their duly designated Deputy District Attorney, Stephen Van Decker. The defendant appeared through counsel, Eric Beaudikofer, appearing specially on behalf of Christopher Yturralde.

The defendant having withdrawn his motion to withdraw guilty plea, and having timely moved to modify the conditions of probation herein, and the People having joined in such motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The motion to withdraw guilty plea is ordered off calendar;

2. Defendant's probationary sentence previously imposed herein, is modified, nunc pro tunc, so that as a condition of probation he is ordered to serve 45 days in jail, in lieu of the 180 days previously ordered, and that such jail sentence may be served concurrently with the sentence he is or may be serving in case no. 07-CR-03195-LAB, United States of America v. Humberto Lugo-Martinez;

3. The period of of defendant's probation is extended from 3 years to 5 years from the date hereof;

4. All other terms and conditions of the probationary sentence previously imposed shall remain in full force and effect, except as may be expressly or impliedly modified hereby.

Dated: 10 June 08

_____
Judge of the Superior Court



THE FOREGOING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
6/11/08
CLERK OF THE COURT
STATE OF CALIFORNIA
IMPERIAL COUNTY
JOSE O. GUILLEN
_____ DEPUTY