1  **LAW OFFICE OF ERIC BEAUDIKOFER**
   **ERIC BEAUDIKOFER, SBN: 56524**
2  **414 VINE STREET**
   **EL CENTRO, CA 92243**
3  **TELEPHONE: (760)353-9250**
   **FAX: (760)353-0963**
4

5  **ATTORNEY FOR DEFENDANT**
   **HUMBERTO LUGO-MARTINEZ**

## UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA ) | Case No. 07-CR-3195-002-LAB |
| ) Plaintiff, ) | RELEVANT DOCUMENTATION: EXHIBITS C AND D |
| vs ) | |
| HUMBERTO LUGO MARTINEZ, ) | |
| Defendant. ) | Date: June 30, 2008 Time: 9:30 am Dept.: Hon. Larry A. Burns |
| _____ ) | |

**Attached hereto are Exhibits C and D, Defendant's Motion to Withdraw Plea and Plea of Guilty Form, respectively, in Imperial County Superior Court Case No. JCF-18996 (People v. Humberto Martinez), showing that defendant's plea agreement provided for house arrest with work permission rather than the 180 days jail time subsequently imposed.**

**July 26, 2008**                             /s//_____
                                              **Eric Beaudikofer,**
                                               **Attorney for Defendant**