FILED

MAY 3 0 2008

SUPERIOR COURT
IMPERIAL COUNTY CA

1  CHRIS YTURRALDE, STATE BAR NO. 151853
   LAW OFFICES OF CHRIS YTURRALDE
2  Attorney at Law
   1443 West Main St.
3  El Centro, California 92243
   (760)353-4444 (Telephone)
4  (760)352-2533 (Facsimile)

5

6  Attorney for DEFENDANT

7

8  IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  IN AND FOR THE COUNTY OF IMPERIAL

10

11 People of the State          ]   CASE NO. JCF-18996
   Of California,               ]
12                              ]
                  Plaintiff,    ]   DEFENDANT'S MOTION TO WITHDRAW
13                              ]   PLEA (Penal Code 1018 & 1192.5)
           vs.                  ]
14                              ]   DATE: 6/09/08
   HUMBERTO MARTINEZ,           ]   TIME: 9:00AM.
15                              ]   DEPT: Jail Court
                  Defendant.    ]
16                              ]

17

18      **TO THE ABOVE-ENTITLED COURT, THE IMPERIAL COUNTY DISTRICT**

19 **ATTORNEYS' OFFICE, PLEASE TAKE NOTICE** that on Monday June 9, 2008 at 9:00

20 a.m. in the above-entitled court, the Defendant will move this court that he be allowed to

21 withdraw his previously entered plea of guilty pursuant to **Penal Code 1018** and other legal

22 authorities cited herein.

23      This motion will be based on this notice, the courts file, the attached memorandum

24 of points and authorities and upon such further evidence as may be presented at the

25 hearing of this matter.

26

27

28

1

DATED: May 30, 2008

Respectfully submitted,

LAW OFFICES OF CHRIS YTURRALDE

CHRIS YTURRALDE, ESQ.
Attorney for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF FACTS

On or about October 3, 2007 the Defendant entered a Plea of Guilty to the charge of Commercial Burglary, a Felony, in violation of Section 459 of the California Penal Code. The defendant also entered a plea to a misdemeanor charge of 245 of the Penal Code. As part of the plea agreement, the court and prosecution agreed to a probationary sentence. One of the terms of probation was that the Defendant would be allowed to serve 180 days on a home monitoring system on the misdemeanor count. He was to receive credit for time served on the felony count. On April 1, 2008, the defendant was sentenced by the Honorable Judge Barrett Foerster. The Defendant received a sentence that was more severe than that set forth in his plea agreement in that the Defendant was sentenced to 180 days to be served in custody and not home arrest. The time was to run concurrent with any custody time he received in a pending federal case. Defendant now seeks to withdraw his plea pursuant to **Penal Code 1018** and **1192.5**.

I.

### THE COURT IS AUTHORIZED TO ALLOW DEFENDANT TO WITHDRAW HIS PLEA OF GUILTY

A court has the power to allow a defendant to withdraw his plea of guilty and enter a plea of not guilty. **California Penal Code section 1018** provides the following in its pertinent portions:

2

> On application of the defendant at any time before judgment or within six months after an order granting probation is made if entry of judgment is suspended, the court may, and in case of a defendant who appeared without counsel at the time of the plea the court shall, for good cause shown, permit the plea of guilty to be withdrawn and a plea of not guilty substituted.

The Defendant also cites the court to **Penal Code Section 1192.5.** This section states in its pertinent part the following:

> Where the plea is accepted by the prosecuting attorney in open court and is approved by the court, the defendant, except as otherwise provided in this section, cannot be sentenced on the plea to a punishment more severe than that specified in the plea and the court may not proceed as to the plea other than as specified in the plea.

## II.

**FOR GOOD CAUSE SHOWN, THIS COURT SHOULD GRANT DEFENDANTS MOTION TO WITHDRAW HIS PLEA OF GUILTY.**

This court should grant defendants' motion to withdraw his plea because he was sentenced on April 1, 2008 to a punishment more severe than that specified in the plea. At the time of the filing of this motion, a transcript of the sentencing proceedings is being prepared by the court reporter who transcribed the proceedings. The Defendant reserves the right to file amended pleadings and cite to additional legal authorities and arguments that will likely apply to any opposition the People may have to this motion.

## CONCLUSION

Because of the foregoing points and authorities, the court should grant defendants' motion to withdraw his plea and impose the sentence that was approved by both the prosecutor and court at the time he entered his plea. In the alternative, the court should allow the Defendant to withdraw his plea and reinstate criminal proceedings including setting the matter for a preliminary hearing.

DATED: May 30, 2008                                  Respectfully submitted,

                                                     LAW OFFICES OF CHRIS YTURRALDE

                                                     _____
                                                     CHRIS YTURRALDE, ESQ.
                                                     Attorney for Defendant

**SUPERIOR COURT, COUNTY OF IMPERIAL**
People v. Humberto Martinez
JCF-18996
PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Imperial; I am over the age of 18 years and not a party to this action; I am associated with the Law Offices of Chris Yturralde located at 1443 W. Main Street, El Centro, California 92243.

On May 30, 2008, I served the within MOTION TO WITHDRAW PLEA on the following parties by HAND DELIVERY.

Imperial County District Attorney
940 W. Main St.
El Centro, CA 92243.
Personally served at Jail Court

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at El Centro, California on May 30, 2008.

Chris Yturralde

THE FOREGOING INSTRUMENT IS A CORRECT COPY
OF THE ORIGINAL ON FILE IN THIS OFFICE.

CLERK OF THE COURT
STATE OF CALIFORNIA
IMPERIAL COUNTY

JOSE O. GUILLEN
DEPUTY

