# PLEA OF GUILTY FORM

People Vs. _Humberto Martinez_          Case 1 _JCF-20636_

## MISDEMEANOR

DOB: _8/24/72_                    SSI# _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_

**READ**

| | | |
|---|---|---|
| HM | 1. (a) | I personally appear and enter a plea of (guilty) (no contest) to the charge(s) of _245 PC Assault_ **FILED** |
| N/A | (b) | (IF APPLICABLE:) I desire to (strike one) admit/deny the truth of any alleged prior convictions. |
| HM | 2. (a) | My lawyer is _Chris Vhunnorder_           OCT 03 2007 |
| N/A | (b) | I do not have a lawyer representing me in these proceedings. If 2b is initialed, complete the reverse. |
| HM | 3. | The Court/my attorney has explained the nature of the charges, elements of the offense(s) and pleas and defenses available to me. |
| | 4. | I have been advised, understand, and knowingly and intelligently GIVE UP (WAIVE), in relation to the present charges as well as any prior convictions which may have been alleged and admitted, each of my following trial rights: |
| HM | (a) | My right to be TRIED BY JURY or COURT TRIAL; |
| HM | (b) | My right to be confronted by witnesses against me, that is, to SEE, HEAR AND QUESTION ALL WITNESSES AGAINST ME; |
| HM | (c) | My right not to incriminate myself, that is, NOT TO BE COMPELLED TO PLEAD GUILTY OR TESTIFY AGAINST MYSELF. |
| | (d) | DEFENDANT IS ADVISED THAT IF HE IS NOT A CITIZEN, CONVICTION OF THE OFFENSE(S) WITH WHICH HE HAS BEEN CHARGED MAY HAVE THE CONSEQUENCES OF DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES. |
| HM | 5. (a) | Maximum Penalty _1 year_ |
| N/A | (b) | Subsequent arrest for petty theft may be filed as a felony. |
| HM | (c) | My plea of guilty/no contest in this case could result in revocation of my probation or violation of parole in other cases. |
| HM | (d) | Other consequences of my plea _8 90 days probation 180 home monitor w/ work ability. Consecutive 3yrs, S/P, oACs sentence_ |
| | 6. | My decision to enter this plea has been made freely and voluntarily, without fear of threat to me or to anyone closely related to or associated with me. No promises or inducements have been made to me in connection with this plea, except (specify): _Dismiss JCF-18996 w/ prevail, no sail time on 20636 Felony a_ |
| HM | | |
| N/A | 7. | I UNDERSTAND THAT A PLEA OF NO CONTEST IS THE SAME AS A PLEA OF GUILTY IN THIS CASE. |
| HM | | I HAVE READ AND UNDERSTAND EACH OF THE ABOVE ITEMS. _20636, dismiss BCM 15210_ |

**AND**

**INITIAL**

Dated _10-3-07_                              _____ Signature
                                                    Defendant

## STATEMENT OF ATTORNEY

I am defendant's attorney of record. I have explained to defendant each of his rights relating to his plea and I am satisfied that he understands them. I concur with his plea and waivers.

Dated _10/3/07_                              _____ Signature
                                                    Attorney

## FINDINGS AND ORDER

The Court finds that:

1. Defendant has appeared in open court and entered his plea(s).
2. Defendant has knowingly, intelligently, and understandingly waived his right, including his right to jury trial, his right to confront witnesses against him, and his right against self-incrimination as they relate to the charged offense and any prior convictions.
3. There is a factual/legal basis for the plea(s).
4. Defendant has been advised of the consequences of his plea, the effect which any prior convictions will have on the punishment, and other sanctions to be imposed upon his conviction.
5. Defendant's waivers of his rights and his plea(s) are free and voluntary.

IT IS ORDERED THAT:

Defendant's plea(s) of (guilty) (no contest) be entered and filed.
The Court accepts defendant admission of his prior(s).

Dated _100307_                              _____ Signature
                                                    Judge