**LAW OFFICE OF ERIC BEAUDIKOFER**
**ERIC BEAUDIKOFER, SBN: 56524**
**414 VINE STREET**
**EL CENTRO, CA 92243**
**TELEPHONE: (760)353-9250**
**FAX: (760)353-0963**

In the matter of:

United States of America,
        Plaintiff,

vs.

Humberto Lugo-Martinez,
        Defendant.

**Case No.: 07 CR 3195 002 LAB**

**PROOF OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, **Ana G. Uribe**, hereby declare that I am a citizen of the United States over the age of eighteen years and a resident of Imperial County, California; my business address is 414 Vine Street, El Centro, CA 92243; I am not a party to the above-entitled action; and

On **June 26, 2008** I mailed at El Centro, California, in the above-entitled action, in a prepaid stamped envelope addressed as indicated below, a copy of the following:

**1) Relevant Documentation**
**2) Exhibits C and D**

addressed to:

    **Assistant U.S. Attorney**
    **Sabrina Feve**
    **880 Front Street, Rm. 6293**
    **San Diego, CA 92101-8893**

the address at which counsel for the government is located herein.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

**Executed on this 26 of June of 2008.**

                                                /s/ Ana G. Uribe