# United States Court of Appeals

## FOR THE NINTH CIRCUIT

**FILED**
JUL 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER FOR TIME SCHEDULE** |
| Plaintiff, | **CA No.** |
| vs | **DC No.** 07cr3195 LAB - 2 |
| Humberto Lugo-Martinez | Southern District of California |
| Defendant, | Notice of Appeal Filed:   7/7/2008 |

| | | | |
|---|---|---|---|
| X | CJA or F/P | | Paid Appeal |
| X | Apptd Counsel | | Fed Defndr |
| | Retd Cnsl | | Adv Cnsl |
| | On Bail | X | In Custody |

The parties, counsel and court personnel, in the processing of this appeal, will comply with the time schedule:

1. If not exempt, the docket fee will be transmitted to the Clerk of the District Court
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IMMEDIATELY

2. Date transcript will be ordered from the court reporter. (If this case is under CJA, give the date that the order is to be given to the court reporter). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7/29/2008

3. The court reporter's transcript will be filed in the District Court . . . . . . . . . . . . . . . . . . . . . 8/28/2008
   **(Certificate of record will be submitted to the Court of Appeals by the Clerk of the District Court immediately upon the filing of the transcript(s). The Certificate of transcripts is available for use by the parties.)**

4. Appellant's opening brief and excerpts of record will be served and filed
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10/7/2008

5. The Appellee's brief will be served and filed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11/6/2008

6. The (optional) reply brief of appellant will be served and filed
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11/20/2008

**By the direction of the Judicial Conference of the United States, this Court must expedite criminal appeals. This time schedule must be adhered to without exception. This appeal will be deemed ready for calendaring, on the first available calendar, after the appellee's brief is filed.**

**NOTE:** Rule 42-1 requires that this appeal be dismissed if Appellant's brief is not timely filed.

Cathy A. Catterson Clerk,
U.S. Court of Appeals
By: _____
Lauren Hammer, Deputy Clerk, U.S.D.C.