**WILLIAM R. BURGENER**
State Bar Number 89508
1775 Hancock Street, Suite 285
San Diego, CA 92110
Telephone: (619) 291-8565
Facsimile: (619) 543-0824

Attorney for Defendant
HUMBERTO LUGO MARTINEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA ) ) ) )  Plaintiff, ) ) ) HUMBERTO LUGO MARTINEZ, ) )  Defendant, ) ) | CASE NO.: 07CR03195-LAB  EX PARTE PETITION TO APPOINT CJA ATTORNEY ON APPEAL |

    Petitioner requests that this court appoint William R. Burgener as attorney of record on appeal in the above entitled matter. Attorney Burgener was petitioner's original CJA appointment. Another attorney, Eric Beaudikofer, was retained and went through sentencing. The retained attorney has declined did not go forward with the appeal. Petitioner requests that this court appoint William R. Burgener as attorney of record for appeal in the above entitled matter. This petition is based on this pleading and William R. Burgener's attached declaration

                                            Respectfully submitted,

Dated: August 1, 2008                        s/William R. Burgener
                                                    WILLIAM R. BURGENER
                                                    Attorney for Appellant
                                                    HUMBERTO LUGO MARTINEZ