**WILLIAM R. BURGENER**
State Bar Number 89508
1775 Hancock Street, Suite 285
San Diego, CA  92110
Telephone: (619) 291-8565
Facsimile: (619) 543-0824

Attorney for Defendant
HUMBERTO LUGO MARTINEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA ) ) ) ) Plaintiff, ) ) ) HUMBERTO LUGO MARTINEZ, ) ) Defendant, ) ) | CASE NO.: 07CR03195-LAB  DECLARATION OF WILLIAM R. BURGENER |

I, William R. Burgener, declare

    1. I am an attorney licensed to practice in the state of California, Southern District of CA in the United States Court of Appeals for the Ninth Circuit.

    2. I have done numerous Federal appeals as a CJA attorney in the past and am currently on the CJA panel.  On October 29, 2007 I was appointed per CJA to current case number 07CR03195-LAB, defendant Mr. Humberto Lugo Martinez at December 19, 2007, I was substituted out by retained counsel Eric Beaudikofer.  I closed my file.

    3. On July 1, 2008 I was contacted telephonically and via fax by the Federal Defenders of San Diego in reference to the above case.  Specifically, Devan Berstein, contacted me and notified me that he had been contacted by Mr. Beaudikofer with a request to file an appeal with respect to the sentencing that took place on June 30, 2008.  He indicated that Federal Defenders was not going

to file an appeal. On July 2, 2008 I was contacted by Eric Beaudikofer via telephone message and e-mail that the client wished to file an appeal. The message seemed to indicate that Mr. Beaudikofer was not going to file the appeal.

4. Because I had heard form both Federal Defenders and Mr. Beaudikofer, and the fact that the 4th of July weekend was approaching, in an abundance of caution and not wishing my former client to jeopardize his appellate rights, I filed a notice of appeal on July 2, 2008.

5. Having done the aforementioned, I contacted the court on several occasions to determine what course of action should be taken to ensure the defendant's representation on appeal. This petition is the result of that inquiry.

6. I am asking that Mr. Beaudikofer be relieved as attorney of record and that I be specially appointed per the CJA panel on this matter.

7. I have been advised by former counsel that the family retained the attorney and that Humberto Lugo Martinez is an indigent, and is unable to afford legal representation, and is requesting court appointed representation.

Respectfully submitted,

Dated: August 1, 2008

s/William R. Burgener
WILLIAM R. BURGENER
Attorney for Appellant
HUMBERTO LUGO MARTINEZ