**WILLIAM R. BURGENER**
State Bar Number 89508
1775 Hancock Street, Suite 285
San Diego, CA  92110
Telephone: (619) 291-8565
Facsimile: (619) 543-0824

Attorney for Defendant
HUMBERTO LUGO MARTINEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, )<br><br>Plaintiff, )<br><br>HUMBERTO LUGO MARTINEZ, )<br><br>Defendant, ) | CASE NO.: 07CR03195-LAB<br><br>PROOF OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, WILLIAM R. BURGENER, am a citizen of the United States and am at least eighteen years of age.  I am employed at the Law Offices of William R. Burgener.  My business address is 1775 Hancock Street, Suite 285, San Diego, California 92110-2041.

I am not a party to the above-entitled action.  I have caused service of EX PARTE PETITION TO APPOINT CJA ATTORNEY ON APPEAL and DECLARATION OF WILLIAM R. BURGENER on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    1. Sabrina L. Feve
       Assistant United States Attorney
       880 Front Street, Room 6293
       San Diego, CA 92101-8893

I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 1, 2008        s/ William R. Burgener_____
                                    WILLIAM R. BURGENER