FILED

AUG - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUMBERTO LUGO-MARTINEZ,<br><br>    Defendant. | Civil No.   Southern District No.<br>            07cr3195-LAB<br><br>**ORDER APPOINTING<br>COUNSEL FOR APPEAL** |

On August 1, 2008, William R. Burgener, Esq., filed an ex parte application to appoint him as counsel for Defendant HUMBERTO LUGO-MARTINEZ, for appeal purposes. Based on Mr. Burgener's petition and declaration, **IT IS HEREBY ORDERED**:

1.  **William R. Burgener, Esq.**, is appointed to represent Defendant HUMBERTO LUGO-MARTINEZ, Southern District of California number 07cr3195-LAB.

2.  The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, and the attached order and docket sheet *immediately* to **William R. Burgener, Esq., 1775 Hancock Street, Suite 285 San Diego, CA 92110.** Counsel's telephone number is **(619) 291-8565.**

///

///

///

3. The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this Order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: 8/6/08

LOUISA S PORTER
United States Magistrate Judge

cc: All parties
Ninth Circuit Court of Appeals
District Judge
CRD Preparing Vouchers